# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: Jacob B. Tyson          BK NO. 20-01004 HWV

                 Debtor(s)

                 Chapter 7

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of Quicken Loans, LLC and index same on the master mailing list.

                                                       Respectfully submitted,

                                                       **/s/ James C. Warmbrodt, Esquire**
                                                       James C. Warmbrodt, Esquire
                                                       KML Law Group, P.C.
                                                       BNY Mellon Independence Center
                                                       701 Market Street, Suite 5000
                                                       Philadelphia, PA  19106
                                                       215-627-1322